EXHIBIT "A"

PLEASE CHECK ONE:

<u>XXX</u>   Small Dividends

<u>      </u>            Unclaimed Dividends

**DIVIDEND REPORT**

Page No: 1

| Case No: | 08-37299-H5-7 | Date Printed: | 6/21/2011 |
| Case Name: | WALTER, JOSEPH SIEGFRIED AND WALTER, JOHANNA | Check Number: | 10021 |
| Trustee Name: | Rodney Tow | Check Date: | 06/15/2011 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 16 | CHASE BANK USA NA<br>PO BOX 15145<br>Wilmington, DE 198505145 | $190.00 | $3.75 |
| | | **Total Check Amount:** | **$3.75** |